UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-12078-JLS-KS                                         Date: January 8, 2026

Title   _Warren A. Nelson v. Salinas Valley State Prison_

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:
             N/A                                                                   N/A

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED OR TRANSFERRED**

On November 25, 2025, Plaintiff, who is currently incarcerated at Mule Creek State Prison and proceeding _pro se_, filed a civil rights complaint alleging a single claim under 28 U.S.C. § 1983 against Salinas Valley State Prison. ("Complaint," Dkt. No. 1.)

Under 28 U.S.C. § 1391, a civil action may be brought in any of the following venues:

(1) [A] judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Here, the Complaint names Salinas Valley State Prison as the sole Defendant. (Dkt. No. 1 at 2.) Additionally, all the alleged events giving rise to Plaintiff's civil rights claim occurred at Salinas Valley State Prison. (_Id._ at 3.) Salinas Valley State Prison is in Monterey County, California and thus located within the boundaries of the Northern District of California. _See_ 28 U.S.C. § 84(a).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:25-cv-12078-JLS-KS                                              Date: January 8, 2026

Title   <u>Warren A. Nelson v. Salinas Valley State Prison</u>

      Accordingly, Plaintiff is ORDERED TO SHOW CAUSE **by no later than February 9, 2026** why this Court should not: (1) recommend that this action be dismissed without prejudice; or (2) transfer this case to the United States District Court for the Northern District of California. *See Hosseini v. Warden*, No. CV 19-2529 JAK (SS), 2019 U.S. Dist. LEXIS 248068, at *1 n.1 (C.D. Cal. Apr. 17, 2019) ("[A] magistrate judge may transfer a case for improper venue without approval of the district judge.") (collecting cases).  Alternatively, Plaintiff may file a signed document entitled "Notice of Voluntary Dismissal" if he no longer wishes to proceed with this action.

      **Plaintiff is advised that if he fails to timely respond to this Order to Show Cause, the Court will recommend that this action be dismissed for failure to comply with Court orders and for failure to prosecute.**  *See* **Fed. R. Civ. P. 41(b).**

      **IT IS SO ORDERED**.

|                          | :       |
|--------------------------|---------|
| **Initials of Preparer** | gr      |